COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| HAMPSHIRE, SS. | SUPERIOR COURT<br>DEPARTMENT OF THE TRIAL COURT<br>CIVIL ACTION NO. |
| MJ PROMOTIONS, INC., and<br><br>MI GREAT IDEAS, INC., and<br><br>SELECT MARKETING AND<br>DISTRIBUTION, INC.,<br>     Plaintiffs<br><br>v.<br><br>RBS CITIZENS, N.A.,<br><br>     Defendant | **PLAINTIFFS' REQUEST FOR ISSUANCE OF SHORT ORDER OF NOTICE** |

NOW COME the Plaintiffs, MJ Promotions, Inc., MI Great Ideas, Inc. and Select Marketing and Distribution, Inc.,, and hereby request that the Court issue a Summons and Order of Notice in connection with the Plaintiffs' Motion for Issuance of a Preliminary Injunction, filed herewith.

Respectfully submitted,
The Plaintiffs,
MJ Promotions, Inc., MI Great Ideas, Inc. and Select Marketing and Distribution, Inc.,
By their Attorney,

_____
ROBERT S. MURPHY, JR., ESQUIRE
BACON WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
rmurphy@baconwilson.com
BBO# 550804
December 24, 2009

BACON WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-6611
FAX (413) 562-0548

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

6 SOUTH EAST STREET
P.O. BOX 2060
AMHERST, MA 01004
TELEPHONE (413) 256-5701
FAX (413) 256-6469

710261

# Commonwealth of Massachusetts

SUPERIOR COURT DEPARTMENT FOR THE TRIAL COURT
P.O. BOX 1119, NORTHAMPTON, MA 01061
TELEPHONE NO. (413) 584-5810, ext. 287    FAX NO. (413) 586-8217

HARRY JEKANOWSKI, JR., ESQ.
Clerk-Magistrate
ext. 293

NANCY A. FOLEY
First Assistant Clerk
ext. 294

## FAX NUMBER

( 413 ) 586-8217

DATED: _12/28/09_

PLEASE DELIVER TELEFAX TO THE FOLLOWING:

_Atty. Matthew Kane_

FROM:

### HAMPSHIRE SUPERIOR COURT

TOTAL NUMBER OF PAGES TRANSMITTED __2__, INCLUDING COVER PAGE.

IF YOU DO NOT RECEIVE ALL OF THE PAGES AS INDICATED, PLEASE CALL

(413) 584-5810 ext. 331, IMMEDIATELY.

THANK YOU.

_Elaine M. Jandu_

Elaine M. Jandu
Case Specialist II

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.